**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD JOSE DEPREE, JR., | No. 2:20-CV-0376-WBS-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| REGINA BRADSHAW, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 23, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 23, 2020, are adopted in full;

2. This action is dismissed for failure to state a claim; and

3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: March 11, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE